# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
327 S Church Street
Chicago, IL 60604
**Kenneth S. Gardner, Bankruptcy Clerk**

Date: April 17, 2013

Case Number: 11 B 47270

Case Name: Jualynn Kirkel

Notice of Appeal Filed: April 16, 2013

Notice of Cross Appeal Filed:

Dear Sir/Madam:

A Notice of Appeal having been filed pursuant to **Bankruptcy Rule 8002**, please be notified that the Record on Appeal will be transmitted to the United States District Court when the record is complete for the purpose of appeal.

**Bankruptcy Rule 8006** requires that, within fourteen (14) days of the filing of the Notice of Appeal, the Appellant must file the following with the Clerk of the United States Bankruptcy Court:

- A Designation of the Content of the Record on Appeal
- A Statement of the Issues to be presented on Appeal

If the above are not filed within the fourteen (14) day time period as provided by **Bankruptcy Rule 8006**, the appeal will not be perfected.

Any party filing a designation of the items to be included in the record shall provide to the clerk a copy of the items designated. If the party fails to provide the copy of the items designated, the clerk shall prepare the copy at the party's expense.

**Bankruptcy Rule 8006** further states: If the record designated by any party includes a transcript of any proceeding, the party shall, immediately after filing the designation, deliver to the reporter and file with the clerk a written request for the transcript and made satisfactory arrangements for payment of its cost.

**Local Rule 9070-1**(B) states: Upon request, parties shall make the exhibits and transcripts or copies thereof available to any other party to copy at its expense.

By Deputy Clerk

/s/ Carel Dell Weston

cc: Bankruptcy Judge & Attorneys of Record

Revised (12/09)rj