IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
|     Jualynn M. Kirkel | ) | Case No. 11-47270 |
| Debtor. | ) | |
| Address: 6145 N. Sheridan, Chicago, IL | ) | Chapter 7 |
| Last Four digits of Social Security 2906 | ) | |

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Court erred in finding that Bridgeview Bank Group did not violate the automatic stay under 11 U.S.C. 524(a)(2) when bank officials contacted the debtor directly, after the discharge, and demanded that she repay at least some of the discharged debt on her condominium which she did not want to keep.

2. Whether the court erred in finding that Bridgeview Bank Group did not violate the automatic stay when, after the chapter 7 discharge was entered, bank officials threatened to foreclose on a property the debtor was continuing to make payments on and which she had always been current, unless she reaffirmed at least part of already discharged debt of another property (the condominium) which she did not want to keep.

3. Whether the court erred in finding that Bridgeview Bank Group did not violate the automatic stay when, after the chapter 7 discharge was entered, bank officials told the debtor that she needed to get a new attorney and have him contact the bank's attorney.

4. Whether the court erred in finding that Bridgeview Bank Group's Attorney did not violate the automatic stay when, after the chapter 7 discharge was entered, and after the debtor obtained a new attorney at the bank's demand, the bank's attorney demanded to the new attorney that the debtor reaffirm the discharged debt on her condo or the bank would foreclose on the commercial building the debtor desired to keep, and which she had always made the payments on.

5. Whether the court erred in finding that Bridgeview Bank Group did not violate the automatic stay when, after the chapter 7 discharge was entered, bank officials

communicated in any way a demand to reaffirm the discharged debt on the debtor's condominium.

By: /s/ John F. Cloutier
Attorney Name: John F. Cloutier (6244415)
Address: 120 W. Madison, Ste 1407
Chicago, IL 60629
Phone: (847) 275-6358