# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-47270 |
| JUALYNN M. KIRKEL, ) | Ch: 7 |
| ) | Hon. Timothy Barnes |
| Debtor. ) | |

## APPELLEE'S DESIGNATION OF ADDITIONAL
## ITEMS TO BE INCLUDED IN THE RECORD OF APPEAL

Bridgeview Bank Group ("Bridgeview), Joshua Grossman ("Grossman") and Kevin Ameriks ("Ameriks") (collectively the "Appellees"), by and through their attorneys, Adam B. Rome of Greiman, Rome & Griesmeyer LLC, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby submits its designations of additional items to be included in the Record of Appeal.

**I. Designation of additional documents to Appellant's Designation of Documents from Docket [Dkt. 86]**

| Filing Date | Docket No. | Brief Description |
|---|---|---|
| 11/18/12 | 62 | Debtor's Evidentiary Statement with all Exhibits |
| 3/21/13 | 79 | Bridgeview's Objection to Motion to Reopen Chapter 7 Case |

**II. Designation of hearing transcripts to be added to the Record[1]:**

| Tab | Hearing Date |
|---|---|
| 1 | February 6, 2013 |
| 2 | April 2, 2013 |

---

[1] As Appellant did not provide notice to Appellee that she is requesting the preparation of any transcripts for inclusion into the Record, Appellee has requested preparation of the transcripts from the Federal Court Reporter assigned to the US Bankruptcy Court for the Eastern Division of Illinois and will file proof of such request with this Court.

Appellee reserves the right to supplement their designation of additional documents to the designation of documents presented by the Appellant to the designation of the record on Appeal.

**BRIDGEVIEW BANK GROUP,
BRIDGEVIEW BANK & TRUST,
JOSHUA GROSSMAN AND KEVIN
AMERIKS**

By: */s/ Adam B. Rome*
       One of its Attorneys

Adam B. Rome (ARDC #6278341)
Lisa M. Fontoura (ARDC # 6273876)
GREIMAN, ROME & GRIESMEYER, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
(312) 428-2750
(312) 332-2781 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2013, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF System which will send notification of such filing to the individuals registered to receive notices via email transmission with the Court's ECF System including but not limited to:

Debtor's Counsel: John F Cloutier  JohnCloutierLaw@aol.com

US Trustee: Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov

Trustee: Deborah Michelle Gutfeld gutfeldch7@perkinscoie.com, dgutfeld@ecf.epiqsystems.com;cdennis@nge.com

David Richardson  drichardson@neryrichardson.com

Gloria C Tsotsos  nd-three@il.cslegal.com

By: _/s/ Adam B. Rome_____
Adam B. Rome (ARDC #6278341)
GREIMAN, ROME & GRIESMEYER, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
(312) 428-2750
(312) 332-2781 (facsimile)
arome@grglegal.com